UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and<br>The COMMONWEALTH OF KENTUCKY,<br>　　　　　　Plaintiffs<br><br>v.<br><br>THE LOUISVILLE AND JEFFERSON<br>COUNTY METROPOLITAN SEWER<br>DISTRICT<br>　　　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 3:08-cv-608-CRS<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

Upon motion of all parties, and upon good cause being shown, IT IS HEREBY ORDERED AND ADJUDGED that the Amended Consent Decree tendered as Docket Number 6 is HEREBY AMENDED so as to incorporate by reference the Integrated Overflow Abatement Plan, notice of which was filed with this Court on December 12, 2009, and published in the Federal Register on December 17, 2009 at Vol. 74, No. 24, Pages 66993-66994. A 30-day period for public comment was provided but no comments were filed.

February 12, 2010

　　　　　　　　　　　　　　　　　　　　Charles R. Simpson III, Judge
　　　　　　　　　　　　　　　　　　　　United States District Court